JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DAVID CHARLES MACON,

Petitioner,

v.

JEFF LYNCH, Acting Warden,

Respondent.

Case No. 2:21-cv-06857-JAK-KES

**JUDGMENT**

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that the Petition is denied with prejudice.

DATED:  October 28, 2022

_____
HON. JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE